# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV 22-00915 PHX CDB <br><br> **ORDER** |

**IT IS ORDERED that** Plaintiffs' motion at ECF No. 2 is **granted**. Accordingly, Plaintiffs are granted leave to proceed in this matter under pseudonyms; Defendant shall not publicly disclose the names or personal identifying information of Plaintiffs; and all pleadings, briefing, and evidence submitted by the parties shall utilize Plaintiffs' pseudonyms instead of their real names and other personal identifying information.

Dated this 27th day of May, 2022.

Camille D. Bibles
United States Magistrate Judge