GARY M. RESTAINO
United States Attorney
District of Arizona

NEIL SINGH
Assistant U.S. Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: Neil.Singh@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-22-00915-CDB <br><br> **DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant United States respectfully informs the Court of a new decision on issues similar to the ones currently pending here, issued by the Hon. Susan M. Brnovich. *B.A.D.J. v. United States*, Dkt. 60, 2:21-cv-00215-SMB (D. Ariz. Sept. 30, 2022).

Respectfully submitted this 13th day of October, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
Assistant United States Attorney
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

**Ricardo de Anda, Esq.**
De Anda Law Firm
Plaza de San Agustin
Loredo, TX 78040
Ph 956-726-0038
deandalaw@gmail.com

**Lincoln Combs, Esq.**
**Sophia J. Augeri, Esq.**
O'Steen & Harrison, PLC
300 W. Clarendon Ave., Suite 400
Phoenix, AZ 85013-3424
Ph 602-252-8888
lcombs@vanosteen.com
saugeri@vanosteen.com
*Attorneys for Plaintiff*

*s/ Irene Millsap*
U.S. Attorney's Office