GARY M. RESTAINO
United States Attorney
District of Arizona

NEIL SINGH
Assistant U.S. Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: Neil.Singh@usdoj.gov
*Attorneys for Defendant United States*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-22-00915-CDB <br><br> **JOINT MOTION FOR ORDER ENTERING CLAWBACK AGREEMENT AND ORDER PURSUANT TO FED. R. EVID. 502(d)** |

The parties jointly move for entry of an order pursuant to Fed. R. Evid. 502(d), lodged together with this motion, to protect the parties against waiver of any privileges, protections, or immunities attaching to documents produced in this action.

The parties anticipate that privileged documents may be produced in this action. Absent an order from the Court, under certain circumstances, production of privileged documents can operate as a waiver of any applicable privilege, protection, and/or immunity with respect to disclosure. Fed. R. Evid. 502(d) provides that "[a] federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding." Rule 502(d) is intended to expedite discovery and save costs in matters involving large volumes of documents and ESI, by reducing or eliminating the risk that disclosure will result in waiver of privileges. Fed. R. Evid. 502(d), Advisory Committee Notes (2007). These factors support entry of an order under Fed. R. Evid. 502(d)

here.

The parties therefore respectfully request that the Court issue the parties' Proposed Order Pursuant to Fed. R. Evid. 502(d).

Respectfully submitted on January 20, 2023.

| | |
|---|---|
| O'STEEN & HARRISON, PLC | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| *s/Neil Singh (with permission for)*<br>Lincoln Combs<br>*Attorneys for Plaintiff* | *s/ Neil Singh*<br>Assistant United States Attorney<br>*Attorneys for Defendant* |
| DE ANDA LAW FIRM | |
| *s/ Neil Singh (with permission for)*<br>Ricardo de Anda<br>*Attorneys for Plaintiff* | |