

Lincoln Combs, No. 025080
Kristin Wrobel, No. 031147
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
T: (602) 252-8888 F: (602) 274-1209
lcombs@vanosteen.com
kwrobel@vanosteen.com

Ricardo de Anda (pro hac vice)
**DE ANDA LAW FIRM**
Plaza de San Agustin
212 Flores Ave.
Loredo, TX 78040
T: (956) 726-0038 F: (956) 726-0030
deandalaw@gmail.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R.<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | Case No. 2:22-cv-00915-CDB<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME LAW FIRM**<br><br>(Assigned to Magistrate Judge Camille D. Bibles) |

   Plaintiffs hereby submit this Notice of Substitution of Counsel Within Same Law Firm. Previously, Sophia J. Augeri of the law firm of O'Steen & Harrison, PLC has appeared as counsel for Plaintiffs.  At this time, Plaintiffs provide notice that Ms. Augeri hereby withdraws as attorney of record and that Kristin Wrobel from O'Steen & Harrison, PLC hereby substitutes in as attorney of record to represent Plaintiffs in the continuation of this case. Plaintiffs will continue to be represented by the other counsel of record for Plaintiffs from other firms who have previously appeared in this case.

Case 2:22-cv-00915-CDB   Document 40   Filed 01/25/23   Page 2 of 2



DATED this 25th day of January, 2023.

**O'STEEN & HARRISON, PLC**

_____
Lincoln Combs
Kristin M. Wrobel

Ricardo de Anda
**DE ANDA LAW FIRM**
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ricardo de Anda
**De Anda Law Firm**
Plaza de San Agustin
212 Flores Ave.
Loredo, TX 78040
deandalaw@gmail.com
*Attorneys for Plaintiff*

Neil Singh
Assistant U.S. Attorney
**U.S. Attorneys Office-Phoenix, AZ**
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004
Neil.Singh@usdoj.gov
LA: Stephanie.Ludwig@usdoj.gov
*Attorneys for Defendant*

/s/ Donna Avilez