GARY M. RESTAINO
United States Attorney
District of Arizona
NEIL SINGH
Assistant U.S. Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: neil.singh@usdoj.gov

*Attorneys for Defendant United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-22-00915-PHX-CDB<br><br>**NOTICE OF SERVICE** |

Notice is hereby given that Defendant served upon Plaintiffs the following items via email and/or USAfx secure fileshare:

- **Defendant's Rule 26(e) First Supplemental Disclosure Statement and Documents (April 3, 2023).**
- **Defendant's Rule 26(e) Second Supplemental Disclosure Statement and Documents (April 7, 2023).**

Respectfully submitted on April 7, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/*Neil Singh*
NEIL SINGH
Assistant United States Attorney
*Attorneys for Defendant United States*