GARY M. RESTAINO
United States Attorney
District of Arizona

NEIL SINGH
Assistant United States Attorney
Arizona State Bar No. 021327
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: neil.singh@usdoj.gov
*Attorneys for Defendant*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R., <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | No. CV-22-00915-PHX-CDB <br><br> **NOTICE OF CONDITIONAL SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the parties have reached a conditional settlement in this matter. The parties will file a stipulated motion to dismiss this case with prejudice, each party to bear its own costs and fees, once the minor's portion of the settlement is approved by a court of competent jurisdiction and the settlement funds are disbursed.

The parties respectfully request that the Court stay all case management deadlines pending resolution of this matter.

Respectfully submitted on March 6, 2024.

| | |
|---|---|
| O'STEEN & HARRISON, PLC <br> DE ANDA LAW FIRM <br><br> *s/ Neil Singh, on behalf of* <br> Lincoln Combs <br> Ricardo de Anda <br> *Attorneys for Plaintiffs* | GARY M. RESTAINO <br> United States Attorney <br> District of Arizona <br><br> *s/ Neil Singh* <br> Assistant United States Attorney <br> *Attorneys for Defendant* |