O'STEEN & HARRISON
ATTORNEYS AT LAW

Lincoln Combs, No. 025080
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
T: (602) 252-8888 F: (602) 274-1209
lcombs@vanosteen.com

Ricardo de Anda (pro hac vice)
**DE ANDA LAW FIRM**
Plaza de San Agustin
212 Flores Ave.
Loredo, TX 78040
T: (956) 726-0038 F: (956) 726-0030
deandalaw@gmail.com
*Attorneys for Plaintiff*

Daniel Werner (pro hac vice)
**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
(678) 271-0300
dan@decaturlegal.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE STATE OF ARIZONA**

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R.,<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | Case No. 2:22-cv-00915-CDB<br><br>**ORDER APPROVING SETTLEMENT OF MINOR'S CLAIMS**<br><br>(Assigned to Magistrate Judge Camille D. Bibles) |

The Court has reviewed Plaintiffs' Unopposed Motion for Court Approval of Settlement of Minor's Claims (Doc. 49), to which Defendant has no objection. For good cause,

**IT IS ORDERED:**

1. The Court approves the settlement of minor J.R.'s claims in this Lawsuit.

2. The Court approves the allocation of the settlement proceeds as follows:

| Plaintiff | Settlement Share | Attorneys' Fees | Total Share |
|---|---|---|---|
| E.C.B. | $140,000 | $35,000 | $105,000 |
| J.R. | $140,000 | $35,000 | $105,000 |

3. The Court approves placement of J.R.'s portion of the Settlement into a pooled minor's trust operated by Legacy Enhancement until J.R. reaches the age of 21.

4. Plaintiffs' counsel Ricardo de Anda shall coordinate with E.C.B. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of J.R. and shall report back to the Court once funding is completed.

5. The Clerk's Office is directed to close this case.

DATED:

Magistrate Judge Camille D. Bibles