# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV 22-00915 PHX CDB <br><br> **ORDER** |

The Court has reviewed Plaintiffs' Unopposed Motion for Court Approval of Settlement of Minor's Claims (ECF No. 49), and the motion is **granted**. Accordingly,

**IT IS ORDERED:**

1. The Court approves the settlement of the minor Plaintiff J.R.'s claims.

2. The Court approves the allocation of the settlement proceeds as follows:

| Plaintiff | Settlement Share | Attorneys' Fees | Total Share |
|---|---|---|---|
| E.C.B. | $140,000 | $35,000 | $105,000 |
| J.R. | $140,000 | $35,000 | $105,000 |

3. The Court approves placement of J.R.'s portion of the settlement into a pooled minor's trust operated by Legacy Enhancement until J.R. reaches the age of 21.

4. Plaintiffs' counsel Ricardo de Anda shall coordinate with E.C.B. and Legacy Enhancement for the execution of all necessary paperwork and the funding of the pooled minor's trust on behalf of J.R. and shall report back to the Court once funding is completed, but in any event no later than **May 24, 2024**.

Per the settlement of all of the claims with regard to all of the parties,

**IT IS FURTHER ORDERED that** this matter is **dismissed with prejudice**, with each party to bear its own attorneys' fees and costs.

Dated this 24th day of March, 2024.

_____
Camille D. Bibles
United States Magistrate Judge