Lincoln Combs, No. 025080
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Ave., Suite 400
Phoenix, Arizona 85013-3424
T: (602) 252-8888 F: (602) 274-1209
lcombs@vanosteen.com

Ricardo de Anda (pro hac vice)
**DE ANDA LAW FIRM**
Plaza de San Agustin
212 Flores Ave.
Loredo, TX 78040
T: (956) 726-0038 F: (956) 726-0030
deandalaw@gmail.com
*Attorneys for Plaintiff*

Daniel Werner (pro hac vice)
**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
(678) 271-0300
dan@decaturlegal.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE STATE OF ARIZONA

| | |
|---|---|
| E.C.B., on behalf of himself and his minor child, J.R.<br><br>Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | Case No. 2:22-cv-00915-CDB<br><br>**AMENDED NOTICE OF COMPLIANCE**<br><br>(Assigned to Magistrate Judge Camille D. Bibles) |

Pursuant to this court's order (Doc. 50, item No. 4 and Doc. 52), Plaintiffs hereby provides notice that funding of the pooled minor's trust on behalf of J.R. is complete. See attachment letter from Legacy Enhancement confirming same.



|   |   |
|---|---|
| DATED: May 23, 2024. | O'STEEN & HARRISON, PLC |
|   |   |
|   | _____ |
|   | Lincoln Combs |
|   |   |
|   | Ricardo de Anda |
|   | **DE ANDA LAW FIRM** |
|   | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Ricardo de Anda
**De Anda Law Firm**
Plaza de San Agustin
212 Flores Ave.
Loredo, TX 78040
deandalaw@gmail.com
*Attorneys for Plaintiff*

Neil Singh
Assistant U.S. Attorney
**U.S. Attorneys Office-Phoenix, AZ**
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004
Neil.Singh@usdoj.gov
LA: Stephanie.Ludwig@usdoj.gov
*Attorneys for Defendant*

Daniel Werner
**Radford & Keebaugh, LLC**
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
dan@decaturlegal.com
*Attorneys for Plaintiffs*

*/s/ Donna Avilez*



2020 Beaver Ave  
Suite 206  
Monaca, PA 15061  
Toll-Free: 1-866-587-8306

5/16/2024

To Whom it May Concern:

Please consider this letter as proof of the receipt of the funding (Check / Wire / ACH) for the client and amount listed below. The funding was received and a contribution for that amount has been made into this client's trust.

Client / Reference Id / Amount / Date of Funding:

| ███████████ | OSTEEN & HARRISON #113090 | $105,000.00 | 05/15/2024 |

If you require any additional information, please feel free to contact me.

Sincerely,

Danielle Teitelbaum

AR/AP Supervisor

danielle@legacyenhancement.org

817-634-5693

LEGACY ENHANCEMENT TRUST  
King's Court, 2020 Beaver Ave, Suite 206, Monaca, PA 15061  
Phone: 866-587-8306  
Fax: 866-552-0942